**Opinion filed July 3, 2025**



# In The

# Eleventh Court of Appeals

_____

## No. 11-24-00128-CV
_____

## JOSHUA THOMAS JOHNSON, Appellant

## V.

## ALICIA ANETTE JOHNSON, Appellee

**On Appeal from the 16th District Court**

**Denton County, Texas[1]**

**Trial Court Cause No. 22-4834-16**

## M E M O R A N D U M   O P I N I O N

Appellant, Joshua Thomas Johnson, filed a pro se notice of appeal from the trial court's final decree of divorce. Appellant's brief was originally due to be filed in this court on or before December 27, 2024. We notified Appellant by letter that his pro se brief was overdue and extended the deadline for him to file to January 27,

---

[1]This appeal was transferred to this court from the Second Court of Appeals pursuant to a docket equalization order issued by the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 73.001 (West Supp. 2024). We decide this case in accordance with the precedent of the Second Court of Appeals under the principles of stare decisis. TEX. R. APP. P. 41.3.

2025. After two additional extensions, on our own motion, Appellant notified our clerk's office that records from hearings that spanned several dates may be missing from the reporter's record. We directed the court reporter to notify us whether a record was taken on any of the dates at issue and to prepare, certify, and file a supplemental reporter's record including such records if one was taken. The court reporter informed us that two records were taken during the specified dates and promptly provided those records; the court reporter stated that no reporter's record was taken on the other dates. Once the records were filed, we informed Appellant that his brief was due to be filed on or before May 12. On June 9, we notified Appellant in writing that his brief was overdue and extended his brief deadline a final time, on our own motion, to June 16, informing him that the failure to timely file his brief by that date may result in dismissal of the appeal.[2] *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

As of this date, Appellant has not filed a brief. Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). Accordingly, we dismiss this appeal.


W. BRUCE WILLIAMS
JUSTICE


July 3, 2025
Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[2]Appellant was notified of this outcome each time we reminded him that his brief was overdue.